**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: March 11, 2010**



1

# TIFFANY & BOSCO
### P.A.

2

**2525 EAST CAMELBACK ROAD**

3

**SUITE 300**

**PHOENIX, ARIZONA 85016**

4

**TELEPHONE: (602) 255-6000**

5

**FACSIMILE: (602) 255-0192**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

6

Mark S. Bosco
State Bar No. 010167

7

Leonard J. McDonald
State Bar No. 014228

8

Attorneys for Movant

9

10-01734

10

## IN THE UNITED STATES BANKRUPTCY COURT

11

## FOR THE DISTRICT OF ARIZONA

12

13

IN RE:

No. 2:10-BK-00290-RJH

14

Katie Elizabeth Russell

Chapter 7

15

　　　　　Debtor.
_____

ORDER

16

U.S. Bank National Association, as Trustee for
Credit Suisse First Boston, MBS ARMT 2005-8

(Related to Docket #11)

17

　　　　　Movant,

18

　　vs.

19

Katie Elizabeth Russell, Debtor, Lothar Goernitz,
Trustee.

20

21

　　　　　Respondents.
_____

22

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

23

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

24

and no objection having been received, and good cause appearing therefor,

25

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 11, 2005 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for Credit Suisse First Boston, MBS ARMT 2005-8 is the current beneficiary and Katie Elizabeth Russell has an interest in, further described as:

> Lot 158, of ANTHEM UNIT 55, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 665 of Maps, Page 30,

> EXCEPTING therefrom all coal, oil, gas and other mineral deposits, as reserved in the Patent of the land.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.